UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE ROSOLEN and DANIEL ROSOLEN,

    Plaintiffs,

v.                                             Case No. 2:19-cv-24-FtM-66NPM

HOME PERFORMANCE ALLIANCE, INC.

    Defendant.

## ORDER

Before the Court is the (unopposed) Motion to File Under Seal Documents Designated as Confidential (Doc. 92). Plaintiffs Diane and Daniel Rosolen took the depositions of Peter Vetere and Gary Delia. Plaintiffs indicate testimony in these depositions supports their motion for summary judgment. Plaintiffs represent these depositions contain sensitive, confidential, protected or proprietary information according to Defendants. Thus, Plaintiffs seek to file these deposition transcripts under seal.

Because the proposed seal does not implicate the general presumption that substantive aspects of a civil action are a matter of public concern, and instead relates to the parties' confidentiality and access-to-information interests during the conduct of discovery, the Court grants the motion to seal. *See generally Romero v. Drummond Co.*, 480 F.3d 1234, 1245-48 (11th Cir. 2007); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1310-1315 (11th Cir. 2001).

Accordingly, it is **ORDERED**:

(1) The Motion to File Under Seal Documents Designated as Confidential (Doc. 92) is **GRANTED**.

(2) Unredacted versions of the deposition transcripts of Peter Vetere and Gary Delia will be filed under seal.

(3) The parties shall deliver the unredacted documents to the Clerk's Office in an envelope with the caption of the case and an indication that the documents are to be filed under seal pursuant to this Order. Each submission by the parties will include a copy of this Order. Upon receipt by the Clerk of Court of the documents, the Clerk of Court shall file them under seal. If feasible, counsel shall provide within the envelope a flash drive containing PDF files of the documents for ease of filing by the Clerk's Office (with each deposition saved as a separate and appropriately named PDF).

(4) These documents shall remain under seal for the duration of this action and any appeal thereto, or until an Order is entered unsealing them.

**DONE** and **ORDERED** in Fort Myers, Florida on July 2, 2020.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE